

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00734-CV

Michael A. **SALAZAR**,
Appellant

v.

**HEB GROCERY COMPANY, LP** and Wal-Mart #1198,
Appellees

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11032
Honorable John D. Gabriel Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Costs of this appeal are taxed against Appellant Michael A. Salazar.

SIGNED April 4, 2018.

_____
Patricia O. Alvarez, Justice